**Curtis BRANDON, Appellant**

v.

**Jeffrey A. BEARD, Ph.D., Secretary, Dorina Varner, Chief Grievance Officer, John Kerestes, Superintendent, Michael Dunkle, Lieutenant, Meyers, Sergeant, Pennsylvania Department of Corrections, et al., Appellees.**

Supreme Court of Pennsylvania.

Oct. 19, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of October, 2009, the Order of the Commonwealth Court is **AFFIRMED.**